```
NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Christopher A. Carr (#44444)  ccar@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101
Tel: (626) 535-1900   Fax: (626) 577-7764

ATTORNEYS FOR: World Savings Bank, FSB
```

ORIGINAL FILED
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08-01529

| | |
|---|---|
| DAYA NAND and SHRI MATI<br><br>Plaintiff(s),<br>v.<br><br>SCOTT RICHARD SMITH, dba MORTGAGENET 2000; JEFFREY JAMES TWOMEY, an individual; ANGAD SINGH, an individual; et al.<br><br>Defendant(s) | CASE NUMBER<br><br>SI<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

ADR

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendant WORLD SAVINGS, aka WACHOVIA
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

PARTY                                                      CONNECTION
(List the names of all such parties and identify their connection and interest.)

WORLD SAVINGS BANK, FSB, renamed and now known as         Defendant
Wachovia Mortgage, FSB (erroneously named "World Savings,
aka Wachovia")

WACHOVIA CORPORATION, a corporation                        Parent Corporation


3/18/08                             /s/ [signature]
Date                                Sign


                                    CHRISTOPHER A. CARR, ESQ.
                                    Attorney of record for or party appearing in pro per

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101.

On March 19, 2008, I served the following document(s) described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action by placing __ the original _X_ a true and correct copy in an enclosed sealed envelope as follows:

| | |
|---|---|
| Linda L. Mallette, Esq.<br>LAW OFFICES OF MALLETTE & LIBONATI<br>2046 Fairmont Drive<br>San Mateo, CA 94402 | Paul J. Smoot, Esq.<br>ANDERLINI, FINKELSTEIN,<br>EMERICK & SMOOT<br>400 South El Camino Real, Suite 700<br>San Mateo, CA 94402 |

[X]  (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY TELECOPIER) By stipulation, I caused such document to be delivered by telecopy transmission to the offices of the addressee.

[ ]  (BY PERSONAL DELIVERY) I delivered such envelope by hand to the addressee.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on March 19, 2008, at Pasadena, California.

____Jill Ashley____         ____/s/ Jill Ashley____
(Print or Type Name)         (Signature of Declarant)