Mark T. Flewelling (#96465)
mflewelling@afrct.com
Christopher A. Carr (#44444)
ccarr@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN
 CAMPBELL & TRYTTEN, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101-2459
(626) 535-1900
(626) 577-7764 (Facsimile)

Attorneys for Defendant WORLD SAVINGS
BANK, FSB, renamed and now known as
WACHOVIA MORTGAGE, FSB.

ORIGINAL
FILED

MAR 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAYA NAND and SHRI MATI,

Plaintiffs,

vs.

SCOTT RICHARD SMITH, dba
MORTGAGENET 2000; JEFFREY
JAMES TWOMEY, an individual;
ANGAD SINGH, an individual;
GREENPOINT MORTGAGE
FUNDING, INC.; WORLD SAVINGS,
aka WACHOVIA; GMAC MORTGAGE
CORPORATION; and DOES FOUR
through TWENTY, inclusive,

Defendants.

Case No. C08-01529 SI

REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF NOTICE OF
REMOVAL BY DEFENDANT
WORLD SAVINGS BANK, FSB
UNDER 28 U.S.C. §1441(b)

[FEDERAL QUESTION]

ADR

    Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, defendant World Savings Bank, FSB ("World") requests the court to take judicial notice of the following documents submitted in support of World's Notice of Removal. The ground for the request is that each such document is a public record of the Superior Court of Alameda County in Case #HG06295167 from the website maintained by said court, whose authenticity is capable of accurate and ready

determination by resort to sources whose accuracy can not reasonably be questioned.

1. Website page titled "Parties", attached as Exhibit 1.
2. Website page titled "Attorneys", attached as Exhibit 2.
3. Two website pages reflecting the register of actions, attached as Exhibit 3.

Dated: March 18, 2008

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By: _____
Christopher A. Carr
ccarr@afrct.com
Attorneys for Defendant WORLD SAVINGS BANK, FSB

# EXHIBIT 1



Welcome Page | Calendar Information | Case Summary | Complex Litigation | Direct Calendar Departments | Court De... Law...

## Case Summary

HG06295167        Nand VS Smith

- General Information
- Parties
- Attorneys
- Register of Actions
- Future Hearings
- Minutes
- Rulings & CMC Orders
- Tentative Rulings
- Judgments
- Related Cases

### Parties

**10/25/06     Complaint Fraud**

| Role | Party Name | Representation |
|---|---|---|
| Plaintiff | Daya Nand | Mallette, Linda L |
| Plaintiff | Shri Mati | Mallette, Linda L |
| Defendant | Scott Richard Smith | Smoot, Paul J |
| Defendant | Jeffrey James Twomey | Smoot, Paul J |
| Defendant | Angat Singh | Smoot, Paul J |
| Defendant | Greenpoint Mortgage Lending, Inc. | |
| Defendant | World Savings | |
| Defendant | GMAC Mortgage Corporation | |

# EXHIBIT 2



Superior Court of California — County of Alameda

Welcome Page | Calendar Information | Case Summary | Complex Litigation | Direct Calendar Departments | Cou… De… Law …

## Case Summary

HG06295167    Nand VS Smith

- General Information
- Parties
- Attorneys
- Register of Actions
- Future Hearings
- Minutes
- Rulings & CMC Orders
- Tentative Rulings
- Judgments
- Related Cases

### Attorneys

| Attorney Name : | Mallette, Linda L |
|---|---|
| Representing : | Daya Nand<br>Shri Mati |
| Firm Name : | Law Offices of Mallette & Libonati |
| Address : | 2046 Fairmont Drive<br><br>San Mateo, CA 94402 |
| Phone : | (650) 347-5400 |
| Fax : | (650) 347-5660 |
| Email Address : | N/A |

| Attorney Name : | Smoot, Paul J |
|---|---|
| Representing : | Scott Richard Smith<br>Jeffrey James Twomey<br>Angat Singh |
| Firm Name : | Anderlini Finkelstein & Emerick |
| Address : | 400 S. El Camino Real<br>Ste. 700<br>San Mateo, CA 94402 |
| Phone : | (650) 348-0102 |
| Fax : | (650) 348-0962 |
| Email Address : | N/A |

2 attorney(s) found.

# EXHIBIT 3

| Date | Action | Image (Java) | Image (TIFF) |
| --- | --- | --- | --- |
| 10/25/06 | Complaint Fraud Filed | 📄 | 📄 |
| 10/25/06 | Summons on Complaint Issued and Filed | 📄 | 📄 |
| 10/25/06 | Rejection Letter Issued on Civil Case Cover Sheet | 📄 | 📄 |
| 10/25/06 | Miscellaneous Civil Case Cover Sheet Addendum Filed | 📄 | 📄 |
| 10/30/06 | Civil Case Cover Sheet Filed for Daya Nand | 📄 | 📄 |
| 12/29/06 | Proof of Service on Complaint As to Scott Richard Smith Filed | 📄 | 📄 |
| 12/29/06 | Rejection Letter Issued on Proof of Service on Complaint | 📄 | 📄 |
| 01/09/07 | Proof of Service on Complaint As to Jeffrey James Twomey Filed | 📄 | 📄 |
| 01/09/07 | Proof of Service on Complaint As to Angat Singh Filed | 📄 | 📄 |
| 01/17/07 | Demurrer to Complaint Filed by Angat Singh, Jeffrey James Twomey, Scott Richard Smith | 📄 | 📄 |
| 01/17/07 | Demurrer to Complaint Hearing Confirmed for 02/05/2007 09:00 AM D- 31 | | |
| 01/19/07 | First Amended Complaint Filed | 📄 | 📄 |
| 01/24/07 | Initial Case Management Conference 03/12/2007 09:00 AM D- 512 | 📄 | 📄 |
| 01/25/07 | Notice of Assigned for All Purposes to Judge Barbara J. Miller Filed | 📄 | 📄 |
| 01/29/07 | Letter from Paul J. Smoot dropping 02-05 demurrer Filed | 📄 | 📄 |
| 01/29/07 | Demurrer to Complaint Hearing Dropped from dept: 31 date: 02/05/2007 time: 09:00 AM | | |
| 02/13/07 | Declaration Re: Challenge for Cause as to Judge Barbara J. Miller Filed for Daya Nand, Shri Mati | 📄 | 📄 |
| 02/14/07 | Declaration Re: Challenge for Cause as to Judge Barbara J. Miller Granted | 📄 | 📄 |
| 02/15/07 | Hearing Reset to Initial Case Management Conference 05/24/2007 09:00 AM D- 520 | 📄 | 📄 |
| 03/09/07 | Answer to 1st Amended Complaint Filed for Scott Richard Smith, Jeffrey James Twomey, Angat Singh | 📄 | 📄 |
| 05/08/07 | Case Management Statement of Daya Nand, Shri Mati Filed | 📄 | 📄 |
| 05/14/07 | Case Management Statement of Scott Richard Smith, Jeffrey James Twomey Filed | 📄 | 📄 |
| 05/14/07 | Notice of Judicial Assignment for All Purposes Issued | 📄 | 📄 |
| 05/24/07 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| 05/24/07 | Case Management Conference Order Issued | 📄 | 📄 |
| 05/24/07 | Civil Pre-Trial Settlement Conference 11/16/2007 01:30 PM D- 520 | | |
| 05/24/07 | Civil Jury Trial 01/04/2008 09:00 AM D- 520 | | |
| 06/01/07 | Refer to Private Arbitration | | |
| 07/18/07 | Hearing Reset to Civil Pre-Trial Settlement Conference 11/16/2007 10:00 AM D- 520 | 📄 | 📄 |
| 11/13/07 | Settlement Conference Statement of Daya Nand, Shri Mati Filed | 📄 | 📄 |
| 11/15/07 | Settlement Conference Statement of Scott Richard Smith, Jeffrey James Twomey, Angat Singh Filed | 📄 | 📄 |
| 11/16/07 | Case Management Conf Continuance 11/16/2007 10:00 AM D- 520 | | |
| 11/16/07 | Civil Pre-Trial Settlement Conference Commenced and Completed | 📄 | 📄 |
| 11/16/07 | Case Management Conference Commenced and Completed | 📄 | 📄 |
| 11/16/07 | Case Management Conference Order Issued | 📄 | 📄 |
| 11/16/07 | Hearing Reset to Civil Pre-Trial Settlement Conference 02/01/2008 12:00 PM D- 520 | | |
| 11/16/07 | Hearing Reset to Civil Jury Trial 05/23/2008 09:00 AM D- 520 | | |
| 12/26/07 | Motion to Compel Production of Documents Filed for Plaintiff | 📄 | 📄 |
| 12/26/07 | Motion to Compel Production of Documents Hearing Confirmed for 02/22/2008 09:30 AM D- 520 | | |
| 01/23/08 | Hearing Reset to Civil Pre-Trial Settlement Conference 02/08/2008 03:30 PM D- 520 | 📄 | 📄 |
| 02/07/08 | Order - Order re:Stip of the Parties to Permit Plaintiffs to Amend the Complaint to Add New Defenda | 📄 | 📄 |

| | | | |
|---|---|---|---|
| 02/08/08 | Civil Pre-Trial Settlement Conference Commenced and Completed | | |
| 02/22/08 | Civil Law and Motion Hearing Commenced and Completed | | |
| 02/22/08 | Motion to Compel Production of Documents Granted | | |
| 03/05/08 | Second Amended Complaint Filed | | |
| 03/05/08 | Summons Issued and Filed | | |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101.

On March 19, 2008, I served the following document(s) described as **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANT WORLD SAVINGS BANK, FSB UNDER 28 U.S.C. §1441(b)** on the interested parties in this action by placing __ the original _X_ a true and correct copy in an enclosed sealed envelope as follows:

Linda L. Mallette, Esq.
LAW OFFICES OF MALLETTE & LIBONATI
2046 Fairmont Drive
San Mateo, CA 94402

Paul J. Smoot, Esq.
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, CA 94402

[X]  (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY TELECOPIER) By stipulation, I caused such document to be delivered by telecopy transmission to the offices of the addressee.

[ ]  (BY PERSONAL DELIVERY) I delivered such envelope by hand to the addressee.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on March 19, 2008, at Pasadena, California.

Jill Ashley
(Print or Type Name)

_/s/ Jill Ashley_
(Signature of Declarant)

PROOF OF SERVICE