1  Paul J. Smoot (#160787)
   psmoot@afeslaw.com
2  ANDERLINI, FINKELSTEIN,
   EMERICK & SMOOT
3  400 South El Camino Real, Suite 700 E-filing
   San Mateo, CA 94402
4  (650) 348-0102
   (650) 348-0962 (Facsimile)
5
   Attorneys for Defendants SCOTT SMITH,
6  dba MORTGAGENET 2000, JEFFREY
   JAMES TWOMEY and ANGAT SINGH
7

ORIGINAL
FILED

MAR 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  DAYA NAND and SHRI MATI,          )   Case No. C08-01529 SI
                                      )
12            Plaintiffs,             )
                                      )   JOINDER IN NOTICE OF
13      vs.                           )   REMOVAL OF ACTION
                                      )
14  SCOTT RICHARD SMITH, dba          )   [FEDERAL QUESTION]
    MORTGAGENET 2000; JEFFREY         )
15  JAMES TWOMEY, an individual;      )
    ANGAD SINGH, an individual;       )
16  GREENPOINT MORTGAGE               )
    FUNDING, INC.; WORLD SAVINGS,     )
17  aka WACHOVIA; GMAC MORTGAGE       )
    CORPORATION; and DOES FOUR        )
18  through TWENTY, inclusive,        )
                                      )
19            Defendants.             )
                                      )
20  _____)

21

22      Defendants Scott Smith, dba Mortgagenet 2000, Jeffrey James Twomey,

23  and Angat Singh hereby join in the Notice of Removal filed by defendant World

24  /////

25  /////

26  /////

27  /////

28  /////

1  Savings Bank, FSB.  Said Notice removes Alameda County Superior Court Case

2  #HG06295167 to this court.

3

4

5  Dated:  March 18, 2008                    ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

6

7                                            By: _____
                                            Paul J. Smoot [psmoot@afeslaw.com]
8                                            Attorneys for Defendants
                                            SCOTT SMITH, dba MORTGAGE-
9                                            NET 2000, JEFFREY JAMES
                                            TWOMEY and ANGAT SINGH
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINDER IN NOTICE OF REMOVAL

**PROOF OF SERVICE**

STATE OF CALIFORNIA                    )
                                       ) ss.
COUNTY OF LOS ANGELES                  )

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101.

     On March 19, 2008, I served the following document(s) described as **JOINDER IN NOTICE OF REMOVAL OF ACTION** on the interested parties in this action by placing __ the original _X_ a true and correct copy in an enclosed sealed envelope as follows:

Linda L. Mallette, Esq.                          Paul J. Smoot, Esq.
LAW OFFICES OF MALLETTE & LIBONATI               ANDERLINI, FINKELSTEIN,
2046 Fairmont Drive                              EMERICK & SMOOT
San Mateo, CA  94402                             400 South El Camino Real, Suite 700
                                                 San Mateo, CA  94402

[X]    (BY MAIL)  I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]    (BY TELECOPIER)  By stipulation, I caused such document to be delivered by telecopy transmission to the offices of the addressee.

[  ]    (BY PERSONAL DELIVERY)  I delivered such envelope by hand to the addressee.

[  ]    (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (FEDERAL)  I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on March 19, 2008, at  Pasadena, California.

Jill Ashley                                      _____
(Print or Type Name)                             (Signature of Declarant)