1  Mark T. Flewelling (#96465)
   mflewelling@afrct.com
2  Robert A. Bailey (#214688)
   rbailey@afrct.com
3  Christopher A. Carr (#44444)
   ccarr@afrct.com
4  ANGLIN, FLEWELLING, RASMUSSEN
     CAMPBELL & TRYTTEN, LLP
5  199 South Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
6  (626) 535-1900
   (626) 577-7764 (Facsimile)

Attorneys for Defendant WORLD SAVINGS
BANK, FSB, renamed and now known as
WACHOVIA MORTGAGE, FSB.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYA NAND and SHRI MATI, | Case No.   C08-01529 SI |
| Plaintiffs, | |
| vs. | PROOF OF SERVICE OF COURT DOCUMENTS |
| SCOTT RICHARD SMITH, dba MORTGAGENET 2000; JEFFREY JAMES TWOMEY, an individual; ANGAD SINGH, an individual; GREENPOINT MORTGAGE FUNDING, INC.; WORLD SAVINGS, aka WACHOVIA; GMAC MORTGAGE CORPORATION; and DOES FOUR through TWENTY, inclusive, | |
| Defendants. | |

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101.

On March 24, 2008, I served the following documents described as:

1. NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT;

2. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

3. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; and

4. ECF REGISTRATION INFORMATION HANDOUT.

on the interested parties in this action by placing __ the original  X  a true and correct copy in an enclosed sealed envelope as follows:

Linda L. Mallette, Esq.                         Paul J. Smoot, Esq.
LAW OFFICES OF MALLETTE & LIBONATI              ANDERLINI, FINKELSTEIN, EMERICK
2046 Fairmont Drive                             & SMOOT
San Mateo, CA 94402                             400 South El Camino Real, Suite 700
                                                San Mateo, CA 94402

[X]  (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY TELECOPIER) By stipulation, I caused such document to be delivered by telecopy transmission to the offices of the addressee.

[ ]  (BY PERSONAL DELIVERY) I delivered such envelope by hand to the addressee.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL) I declare that I am employed in the offices of a member of this Court at whose direction the service was made.

Executed on March 24, 2008, at Pasadena, California.

_____Jill Ashley_____                           _____/s/ Jill Ashley_____
(Print or Type Name)                            (Signature of Declarant)

J:\Docs\95451.029\POS of Court Docs-145399.DOC                2

PROOF OF SERVICE OF COURT DOCUMENTS