LINDA L. MALLETTE, ESQ. St. Bar #104669
DOMINICK R. LIBONATI, ESQ. St. Bar #111738
       Law Offices
    MALLETTE & LIBONATI
    2046 Fairmont Drive
    San Mateo, CA  94402
      (650) 347-5400

Attorneys for Plaintiffs
Daya Nand and Shri Mati

FILED

APR - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYA NAND and SHRI MATI, <br><br>    Plaintiffs, <br><br>vs. <br><br>SCOTT RICHARD SMITH, dba MORTGAGENET 2000, JEFFREY JAMES TWOMEY, an individual; ANGAD SINGH, an individual; GREENPOINT MORTGAGE FUNDING, INC.; WORLD SAVINGS, aka WACHOVIA; GMAC MORTGAGE CORPORATION, and DOES FOUR through TWENTY, inclusive, <br><br>    Defendants. | NO.  C-08-01529-SI <br><br>DECLARATION OF LINDA L. MALLETTE IN SUPPORT OF MOTION FOR REMAND <br><br>Date: May 9, 2008 <br>Time: 9:00 a.m. <br>Courtroom: 10 |

    Linda L. Mallette, under penalty of perjury, declares:

    1.  I am plaintiffs' attorney.  The following facts are known to me personally.  If called to testify I can and will competently testify as follows:

    2.  Attached hereto as Exhibit "1" is a true and correct

Declartion of Linda L. Mallette in Support of Motion for Remand

1  copy of the agency agreement between World Savings, now known as
2  Wachovia and the defendant real estate broker, defendant Scott
3  Richard Smith, dba Mortgagenet 2000.  The agreement was provided
4  to me in the course of discovery in the Superior Court action
5  that has been removed by Wachovia.  Following my motion to
6  compel discovery, which was granted by the Superior Court, I
7  received the document from counsel for defendant Scott Richard
8  Smith, dba Mortgagenet.
9     I declare under penalty of perjury under the laws of the
10 State of California and the United States, that the foregoing is
11 true and correct.
12    Executed on April 3, 2008, at San Mateo, California.

*Linda L. Mallette*
Linda L. Mallette

Declartion of Linda L. Mallette in Support of Motion for Remand


**WORLD SAVINGS®**

February 18, 2000

MORTGAGENET2000.COM
MR. SCOTT SMITH
7250 TICONDEROGA PLACE
GILROY, CA 95020

DEAR MR. SCOTT SMITH:

This letter acknowledges your participation in World Savings' Preferred Mortgage Broker Program. A Preferred Mortgage Broker has World Savings' approval to submit loan application packages to World Savings in accordance with its Preferred Mortgage Broker Program. A Preferred Mortgage Broker (PMB) may submit a loan application, containing the documents required by World Savings to commence its loan approval process. The loan application should include your fully completed Preferred Mortgage Broker Demand Statement (World form GF 403). When and if the PMB loan funds, World will deduct your fee, up to the limit described on the GF 403 form, from the loan amount and you will be paid directly from World.

Your Preferred Mortgage Broker number is 41771. You will need your number to access World rate sheet information. Call 1 (800) 645-2936 for 24 hour rate information. State codes required to access rate information are the same as the two letter postal abbreviations converted to numeric entries. For example, California (CA) is entered as '22.'

Please note that your participation in World Savings' Preferred Mortgage Broker Program is subject to the following conditions:

1. Either you or World may terminate your participation in the Preferred Mortgage Broker Program at any time and for any reason or for no reason. If World terminates your participation, it will do so in writing to the address to which this letter has been sent. If you change your address after you receive this letter you should notify the undersigned in writing at the address in the letterhead.

2. You are not authorized to (a) represent yourself to anyone as an agent or employee of World Savings (b) directly solicit existing World Savings loan customers (c) use World Savings' name, logo, or letterhead in any advertising or customer solicitation without the prior written approval of the World Savings Division manager (Senior Vice President) for the area in which your office is located (d) advertise any World Savings' loan product or loan program without the prior written approval of the Division manager referenced above (e) change the name under which you operate your business to any name which includes the words 'World' or 'Golden West' without our express written consent.

World Savings is an Equal Housing Lender. We comply with all applicable fair lending laws and we expect PMB's to share our commitment to fair lending.

Welcome to World's Preferred Mortgage Broker Program!

Very truly yours,

*Dolores Reddicks*

Dolores Reddicks
Assistant Vice President

1901 Harrison Street
Oakland, California 94612-3587
(510) 446-6000

Member of Golden West Financial Corporation

EXHIBIT 1


## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within entitled action. I reside in the County of San Mateo, California. My business address is 2046 Fairmont Drive, San Mateo, California 94402.

I served a true copy of the attached document(s) on the person(s) listed below by:

[ ]    Personally delivering a true copy thereof.

[ ]    Telecopied via facsimile.

[ ]    Served by courier service.

[ ]    Sent via overnight delivery.

[x ]   Placing a true copy, enclosed in a sealed envelope with postage fully prepaid, in the United States mail at San Mateo, California.

[ ] Mailing by certified mail, return receipt requested

A.   Date of mailing: April 3, 2008

B.   Exact Title of Document(s): DECLARATION OF LINDA L. MALLETTE IN SUPPORT OF MOTION FOR REMAND

Mark T. Flewelling
Christopher A. Carr
Anglin, Flewelling, Rasmussen, etc.
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101-2459

Paul Smoot, Esq.
Anderlini, Finkelstein, Emerick & Smoot
400 South El Camino Real
San Mateo, CA 94402

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. This declaration is executed on April 3, 2008, at San Mateo, California.

*Linda L. Mallette*
Linda L. Mallette