**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  DAYA NAND                                        NO. CV 08-01529 SI
11               Plaintiff,                          **CLERK'S NOTICE RE: FAILURE
        v.                                           TO FILE ELECTRONICALLY
12                                                   AND/OR REGISTER AS AN E-
                                                     FILER**
13  SCOTT RICHARD SMITH
                Defendant.
14  _____/
15
16  On April 4, 2008, counsel for plaintiffs filed a NOTICE OF MOTION FOR REMAND, MOTION FOR
17  REMAND, DECLARATION manually, on paper. This case has been designated for electronic filing,
    pursuant to Local Rule 5-4 and General Order 45.
18
19
20  The above mentioned paper document has been filed and docketed. However, General Order 45
21  provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
    presumptively designated" as e-filing cases. Therefore, counsel for plaintiff should submit the
22
    documents above, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the
23
    judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button
24
    and follow the procedure listed there). Do *not* e-file a document which has been previously filed on
25
    paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.
26
27
    Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
28

become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users must do so immediately.  Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: April 7, 2008              <u>Yumiko Saito</u>
                                  Deputy Clerk
                                  /s/