IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAYA NAND, *et al.,*

       Plaintiffs,

  v.

SCOTT RICHARD SMITH, *et al.*,

       Defendants.

No. C 08-1529 SI

**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND TO SUPERIOR COURT FOR COUNTY OF ALAMEDA**

    Defendant's motion to dismiss the second amended complaint and plaintiffs' motion to remand are scheduled for a hearing on May 9, 2008. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matters are appropriate for resolution without oral argument, and VACATES the hearing.

    This action was originally filed on October 25, 2006, in the Superior Court for the County of Alameda. On March 5, 2008, plaintiffs filed a second amended complaint in state court, naming defendant World Savings Bank for the first time. On March 20, 2008, defendant World Savings Bank removed this action based on federal question jurisdiction, citing portions of the second amended complaint alleging violations of 16 U.S.C. §§ 1539 and 1541, the federal Truth in Lending Act. After removal, plaintiffs filed a third amended complaint deleting any reference to the Truth in Lending Act. All of the claims alleged in the third amended complaint are state law claims. No defendant has objected to the filing of the third amended complaint.

    Plaintiffs move to remand this case to state court. The Court finds that remand is warranted because the only asserted basis for federal jurisdiction no longer exists. Accordingly, the Court GRANTS plaintiffs' motion and REMANDS this case to the Superior Court for the County of Alameda.

(Docket No. 8).    The Court also DENIES defendant's motion to dismiss.[1]  (Docket No. 7).

**IT IS SO ORDERED.**

Dated: May 6, 2008

SUSAN ILLSTON
United States District Judge

---

[1] After removal, defendant World Savings Bank moved to dismiss the second amended complaint for failure to plead the fraud claim with particularity.  Defendant has informed the Court that the motion to dismiss is moot in light of the third amended complaint.

2