**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 7, 2008

Alameda County Superior Court
24405 Amador Street
Hayward, CA 94544

RE:  CV 08-01529 SI    DAYA NAND-v-SCOTT RICHARD SMITH
       Your Case Number: (HG06295167)

Dear Clerk,

  Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

  (X)  Certified copies of docket entries

  (X)  Certified copies of Remand Order

  ( )  Other

  Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

          /s/

        by:  Yumiko Saito
        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg