UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**

MAY 1 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

General Court Number
415.522.2000

May 7, 2008

Alameda County Superior Court
24405 Amador Street
Hayward, CA 94544

RE: <u>CV 08-01529 SI   DAYA NAND-v-SCOTT RICHARD SMITH</u>
    Your Case Number: <u>(HG06295167)</u>

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

/s/

by: <u>Yumiko Saito</u>
Case Systems Administrator

Enclosures
Copies to counsel of record

Received
~~FILED~~
ALAMEDA COUNTY

MAY - 9 2008

CLERK OF THE SUPERIOR COURT
By _____ Deputy

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg